IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | ) | |
| | ) | |
| Plaintiff | ) | No. 14 cv 693 |
| | ) | |
| vs | ) | Judge Shadur |
| | ) | |
| JOHN DOE, subscriber assigned IP address 24.148.79.226 | ) ) | |
| | ) | |
| Defendant | ) | |

**PLAINTIFF'S MOTION TO VACATE COURT'S
ORDER DATED FEBRUARY 7, 2014**

Malibu Media, LLC, ("Plaintiff"), by its undersigned attorney, prays for the entry of an order vacating this Court's order dated February 7, 2014. In support of its motion, Plaintiff states as follows:

1. This case was filed on January 30, 2014 and assigned to the Honorable John F. Grady. A true and correct copy of the docket it attached hereto as Exhibit A and made a part hereof.

2. In accordance with this court's local rules, a courtesy copy of the complaint and exhibits was delivered by the undersigned to Judge Grady.

3. On February 3, 2014, this case was reassigned to the Honorable Milton Shadur.

4. Plaintiff was in compliance with the local rules and was not aware that another courtesy copy should be delivered when the case was transferred.

5. Another courtesy copy of the complaint is being delivered to this Court.

WHEREFORE, Plaintiff respectfully requests that this Court vacate the order

dated February 7, 2014 and for such further and additional relief as this Court deems right and just.

               MALIBU MEDIA LLC

               _____s/Mary K. Schulz_____
               One of its attorneys

Mary K. Schulz
Schulz Law, P.C.
1144 E. State Street, Suite A260
Geneva, IL 60134
224.535-9510
SchulzLaw@me.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2014, I provided service to the person or persons listed above by the following means: CM/ECF

Signature: s/ Mary K. Schulz          Date: February 17, 2014

Mary K. Schulz, 6183773
Schulz Law, P.C.
1144 E. State Street, Suite A260
Geneva, IL 60134
224.535-9510