# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Malibu Media LLC

                        Plaintiff,

v.                                               Case No.: 1:14–cv–00693

                                                       Honorable Milton I. Shadur

John Doe

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 12, 2014:

      MINUTE entry before the Honorable Milton I. Shadur: Status hearing held on 3/12/2014. Plaintiff's motion to serve a third party subpoena prior to a Rule 26(f) conference is entered and continued to 4/9/2014 at 9:00 a.m. Plaintiff's oral motion to file the previously ordered informational report under seal is granted. Mailed notice by judge's staff. (srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.